**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 14-2426 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. CHAPPELL, Warden; et al., | |
| _____/ | |

This action is dismissed without prejudice to petitioner filing a civil rights action to assert claims about his conditions of confinement.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 2, 2014

_____
SUSAN ILLSTON
United States District Judge